[No. 60414-7-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MACEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-02564-6, Douglass A. North, J., entered July 16, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60433-3-I. Division One. July 28, 2008.]

*In the Matter of the Marriage of* BARRY FOSTER, *Respondent*, and CINDY FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-04386-4, Jay V. White, J., entered July 17, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 60443-1-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER ARDEN BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08358-6, Steven C. Gonzalez, J., entered July 16, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60562-3-I. Division One. July 28, 2008.]

DEVASMITA CHAKRAVERTY, *Respondent*, v. SOUVIK DAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-00923-0, Kenneth M. Comstock, J. Pro Tem., entered August 14, 2007. *Affirmed* by unpublished per curiam opinion.